UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/03/2016
```

WILFREDO TORRES,

               Plaintiff,

     v.

BELLEVUE SOUTH ASSOCIATES LLP
and CITY OF NEW YORK,

               Defendants.

No. 16-CV-2362 (RA)

ORDER OF REFERENCE

RONNIE ABRAMS, United States District Judge:

This action is referred to Magistrate Judge Fox for the following purpose:

| | | | |
|---|---|---|---|
| X | General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement) | | Consent under 28 U.S.C. § 636(c) for all purposes (including trial) |
| | Specific Non-Dispositive Motion/Dispute: | | Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) Purpose: |
| | If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: | | Habeas Corpus |
| | Settlement | | Social Security |
| | Inquest After Default/Damages Hearing | | Dispositive Motion (i.e., motion requiring a Report and Recommendation) Particular Motion: |

SO ORDERED.

Dated:    August 3, 2016
             New York, New York

                                                 Ronnie Abrams
                                                 United States District Judge