UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
WILFREDO TORRES,

        Plaintiff,

-against-

BELLEVUE SOUTH ASSOCIATES, and
THE CITY OF NEW YORK CITY,

        Defendants.
------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/28/16
```

ORDER

16-CV-3437 (RA)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      A conference was held with counsel to defendant Bellevue South Associates and plaintiff Wilfredo Torres appearing pro se on September 27, 2016. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

1. the last date on which to amend pleadings will be October 14, 2016;

2. the last date on which to join additional parties will be October 14, 2016;

3. all discovery, of whatever nature, shall be initiated so as to be completed on or before March 27, 2017; and

4. a telephonic status conference will be held with the parties on February 28, 2017, at 10:30 a.m. Counsel to the defendants Bellevue South Associates shall initiate the telephonic conference on that date. The plaintiff is reminded that he may seek procedural assistance as the litigation proceeds by contacting the Pro Se Office for this judicial district, which is located at 500 Pearl Street, Second Floor, New York, New York 10007. The telephone number for that office is (212) 805-0175.

Dated: New York, New York
       September 27, 2016

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copy mailed to:

Wilfredo Torres