UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

Plaintiff,

-v-

NYC POLICE DEPARTMENT, NYC DEPARTMENT OF BUILDINGS and BELLEVUE SOUTH ASSOCIATES

Defendant.

Case No. 16CV2362

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

Bellevue South Associates, LP (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Phipps Houses, a New York not-for-profit corporation, is the parent of Bellwest Management Corp., which is the Gemeral Partner of defendant Bellevue South Associates, LP.

**Date:** September 28, 2016

James Robert Pigott, Jr.
**Signature of Attorney**

**Attorney Bar Code:** JP-5549