RECEIVED
SDNY PRO SE OFFICE
2017 JUN 22 PM 4:31
S.D. OF N.Y.

June 22, 2017

Honorable Magistrate Judge Kevin Nathaniel Fox
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

**Case:** Torres v. NYC Police Department et al., 16-cv-02362-RA-KNF (lead case consolidated with Torres v. NYC Police Department et al., 1:16-cv-03437-RA-KNF)

**Re:** Extension of Time To Serve Police Officer

Dear Judge Fox:

I am Wilfredo Torres, the Plaintiff in this case, appearing *pro se*. I am writing to request that the Court extend the time for service on Defendant Kevin Wahlight, and also compel the City to provide Mr. Wahlight's last known address.

Mr. Wahlight was an Officer of the NYPD at the time of the incidents described in my complaint. However, I am informed by the US Marshals' Office that Mr. Wahlight is no longer employed by the NYPD and that they have been unable to serve him.

I wrote to the City on June 15, 2017, to request that the City provide the Court with Mr. Wahlight's last known address. They have not responded to that letter. I respectfully request that the Court order the City to provide the Court and the Marshals with Mr. Wahlight's last known address, in order to facilitate service on him.

I note that the time for service on Mr. Wahlight expires on June 23, 2017. I respectfully request that the Court extend the time for service on Mr. Wahlight by 60 days from the date of the City providing Mr. Wahlight's address.

Sincerely,

Wilfredo Torres

1