UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
WILFREDO TORRES,

        Plaintiff,

    -against-                                  **ORDER**
                                                16- CV-3437 (RA) (KNF)

NYC POLICE DEPARTMENT,
BELLEVUE SOUTH ASSOCIATES,

        Defendants.
------------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

        The parties shall advise the Court, in a joint letter, on or before January 26, 2021, of the status of this action.

**The Clerk of Court is directed to mail a copy of this order to the plaintiff.**

Dated:  New York, New York                SO ORDERED:
           January 14, 2021

                                                                _Kevin Nathaniel Fox_
                                                                 KEVIN NATHANIEL FOX
                                                                 UNITED STATES MAGISTRATE JUDGE