UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

WILFREDO TORRES,

                Plaintiff,

      v.

NYC POLICE DEPARTMENT and
BELLEVUE SOUTH ASSOCIATES,

               Defendants.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED:

16-cv-3437 (RA)

**ORDER**

RONNIE ABRAMS, United States District Judge:

      On March 31, 2021, the Court dismissed this action against the Defendants. *See* Dkt. 45. The Clerk of Court is thus respectfully directed to enter judgment for the Defendants in this action. The parties shall bear their own fees and costs.

SO ORDERED.

Dated:    April 21, 2021
            New York, New York

                                              RONNIE ABRAMS
                                              United States District Judge