**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WILFREDO TORRES,

                Plaintiff,                16 **CIVIL** 3437 (RA)

    -against-                      **JUDGMENT**

NYC POLICE DEPARTMENT and
BELLEVUE SOUTH ASSOCIATES,
                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated April 21, 2021.  On March 31, 2021, the Court dismissed this action against the Defendants. Judgment is entered for the Defendants in this action, and the parties shall bear their own fees and costs.

**Dated:**  New York, New York
         April 21, 2021

                                    **RUBY J. KRAJICK**
                                    **Clerk of Court**
                      BY:
                                      **Deputy Clerk**